McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2771

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. DANTE LAMONT WEBSTER, Defendant. | CR. NO. 2:05-CR-00203WBS<br>JOINT STIPULATION AND ORDER TO CONTINUE STATUS HEARING AND FOR EXCLUSION OF TIME<br>HEARING DATE: July 27, 2005<br>HEARING TIME: 9:00 a.m.<br>COURT: The Honorable William B. Shubb |

Plaintiff, the United States of America, by and through its counsels of record, McGregor W. Scott, United States Attorney for the Eastern District of California, and Kymberly A. Smith, Assistant United States Attorney for said District, and the defendant through his attorney, J. Toney, hereby request that the status hearing previously scheduled for June 1, 2005, be vacated *nunc pro tunc*, and that a status hearing in this matter be scheduled for **July 27, 2005, at 9:00 a.m.**

The status in this matter was previously set for June 1, 2005. Due to the need of defense counsel to conduct further

1

1  investigation of the defendant's criminal history, the parties
2  requested that the status be continued from June 1, 2005, to
3  July 6, 2005 (*See* Criminal Docket No. 11).  The parties also
4  requested that time be excluded from June 3, 2005, to July 6,
5  2005, due to preparation of counsel pursuant to Local Code T4
6  and Title 18, U.S.C., §3161 *et. seq.*  (*See* Id.).
7       Due to an error in electronic filing, this Court did not
8  receive the documentation necessary to properly review this
9  request.  Consequentially, this matter was not calendered on
10 July 6, 2005.
11      Due to this error the parties now request that this
12 matter be calendered for July 27, 2005, for a status hearing.
13 It is the parties' understanding that this is the earliest
14 date which both the court and counsel are available.
15      Based upon the foregoing, the parties request that: (1)
16 the status hearing previously scheduled for June 1, 2005, be
17 vacated *nunc pro tunc*; (2) a status hearing in this matter be
18 scheduled for July 27, 2005, at 9:00 a.m.; and (3) time be
19 excluded from June 3, 2005, to and including July 27, 2005
20 pursuant to: (1) Local Code T4 and Title 18, U.S.C.,
21 §3161(h)(8)(B)(iv)(preparation of counsel).

                                    Respectfully Submitted,

                                    McGREGOR W. SCOTT
                                    UNITED STATES ATTORNEY

25 DATED: July 6, 2005    /s/ Kymberly A. Smith
                                    By: Kymberly A. Smith
                                    Assistant U.S. Attorney

27 DATED: July 6, 2005    /s/ For J.Toney by Kymberly A. Smith
                                    Attorney at Law
                                    for Dante Lamont Webster

2

---

**ORDER**

For the reasons stated above, this Court finds that the interests of the public in a speedy trial are outweighed by the interests of justice in permitting the requested time due to the need for counsel to prepare. Accordingly, the parties' request to vacate *nunc pro tunc* the status hearing previously scheduled for June 1, 2005, be and the same hereby is **GRANTED**;

**IT IS FURTHER ORDERED** that a status hearing in this matter is scheduled for July 27, 2005;

**IT IS FURTHER ORDERED** that time for trial pursuant to the Speedy Trial Act is **EXCLUDED** from June 3, 2005, to and including July 27, 2005, pursuant to Title 18, U.S.C., § 3161(h)(8)(B)(iv), and pursuant to Local Code T4.

**IT IS SO ORDERED**

Dated: July 11, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE