FILED
APRIL 18, 2006
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
 )  Case No. CR. S-05-203 WBS
          Plaintiff, )
v. )  ORDER FOR RELEASE OF
 )  PERSON IN CUSTODY
DANTE LAMONT WEBSTER, )
 )
          Defendant. )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  DANTE LAMONT WEBSTER, Case No. CR. S-05-203 , Charge  Possession of Cocaine Base from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

   __   Release on Personal Recognizance

   _X_  Bail Posted in the Sum of $ 5,000.00 cash

        _X_  Unsecured Appearance Bond

        __   Appearance Bond with 10% Deposit

        __   Appearance Bond with Surety

        __   Corporate Surety Bail Bond

        __   (Other)  _____

Issued at  Sacramento, CA  on April 18, 2006  at  8:30 am .

By /s/ William B. Shubb
William B. Shubb
United States District Judge

Original - U.S. Marshal