McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DANTE LAMONT WEBSTER, )<br>)<br>Defendant. )<br>_____) | CR. No. CR-S-05-0203 WBS<br><br>STIPULATION AND [PROPOSED]<br>ORDER CONTINUING SENTENCING |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of May 31, 2006, at 9:30 a.m. should be continued to July 5, 2006, at 9:30 a.m.

Dated:   May 24, 2006           /s/Jason Hitt
                                KYMBERLY A. SMITH
                                JASON HITT
                                Assistant U.S. Attorneys

Dated:   May 24, 2006           /s/Jason Hitt
                                Telephonically authorized by
                                Mr. Toney to sign on 5-24-06
                                J. TONEY, ESQ.
                                Counsel for DANTE WEBSTER

1

1 _____

2 **ORDER**

3      Based upon the representations of counsel and the stipulation
4 of the parties, IT IS HEREBY ORDERED that the judgement and
5 sentencing date of May 31, 2006, at 9:30 a.m., is CONTINUED to July
6 5, 2006, at 9:30 a.m.

8      IT IS SO ORDERED.
9 Date: May 26, 2006

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE