```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DANTE LAMONT WEBSTER, ) <br> ) <br> Defendant. ) <br> _____) | CR. No. CR-S-05-0203 WBS <br><br> STIPULATION AND ORDER <br> CONTINUING SENTENCING |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of July 5, 2006, at 9:30 a.m. should be continued to August 2, 2006, at 9:30 a.m.

Dated:    June 30, 2006            /s/Jason Hitt
                                   KYMBERLY A. SMITH
                                   JASON HITT
                                   Assistant U.S. Attorneys

Dated:    June 30, 2006            /s/Jason Hitt
                                   Telephonically authorized by
                                   Mr. Toney to sign on 6-30-06
                                   J. TONEY, ESQ.
                                   Counsel for DANTE WEBSTER

1

_____

**ORDER**

Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of July 5, 2006, at 9:30 a.m., is CONTINUED to August 2, 2006, at 9:30 a.m.

IT IS SO ORDERED.

Date: July 3, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE