J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Cr. No. S-05-203 WBS |
| Plaintiff, ) | STIPULATION AND PROPOSED |
| v. ) | ORDER CONTINUING |
| DANTE WEBSTER ) | SENTENCING |
| Defendant, ) | |

By agreement between the parties, the above-entitled case should be reset for sentencing from August 2, 2006 to September 13, 2006 at 9:00 AM.  This rescheduling is needed so the parties can complete matters that would affect sentencing. So stipulated.

Dated August 1, 2006

/s                                             /s
Kymberly A. Smith                              J. Toney
Assistant U.S. Attorney                        Attorney for Defendant

SO ORDERED

DATED:  August 2, 2006

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1