1 J. Toney
Attorney at Law
2 State Bar No. 43143

3 P.O. Box 1515
Woodland, California 95776
4 (530) 666-1908
yoloconflict@aol.com
5
Attorney for Defendant
6

7                IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9 UNITED STATES OF AMERICA,           )
                                      )   Cr. No. S-05-203 WBS
10        Plaintiff,                  )
                                      )   STIPULATION AND PROPOSED
11    v.                              )
                                      )   ORDER CONTINUING SENTENCING
12 DANTE WEBSTER                      )
                                      )
13                                    )
          Defendant,                  )
14 _____)

15      By agreement between the parties, the above-entitled case

16 should be reset for sentencing from September 13, 2006 to October 11

17 2006 at 9:00 AM.  This rescheduling is needed so the parties can

18 complete matters that would affect sentencing. So stipulated.

19 Dated September 12, 2006

20        /s                                    /s

21 Kymberly A. Smith                    J. Toney

22 Assistant U.S. Attorney              Attorney for Defendant

23

24

25

26

27

28                                    1

1

SO ORDERED

2

DATED:   September 12, 2006

3

4

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2