```
McGREGOR W. SCOTT
United States Attorney
KYMBERLY A. SMITH
JASON HITT
Assistant U.S. Attorneys
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>        Plaintiff,  )<br>  )<br>   v.  )<br>  )<br>DANTE LAMONT WEBSTER,  )<br>  )<br>        Defendant.  )<br>_____) | CR. No. CR-S-05-0203 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of December 6, 2006, at 9:30 a.m. should be continued to January 22, 2007, at 8:30 a.m.

```
Dated:   December 5, 2006        /s/Jason Hitt
                                 KYMBERLY A. SMITH
                                 JASON HITT
                                 Assistant U.S. Attorneys


Dated:   December 5, 2006        /s/Jason Hitt
                                 Telephonically authorized by
                                 Mr. Toney to sign on 12-05-06
                                 J. TONEY, ESQ.
                                 Counsel for DANTE WEBSTER
```

1  _____

2                                **ORDER**

3       Based upon the representations of counsel and the stipulation
4  of the parties, IT IS HEREBY ORDERED that the judgement and
5  sentencing date of December 6, 2006, at 9:30 a.m., is CONTINUED to
6  January 22, 2007, at 8:30 a.m.

7

8       IT IS SO ORDERED.
9  Date:   December 5, 2006

10
11                       _____
                         WILLIAM B. SHUBB
12                       UNITED STATES DISTRICT JUDGE