```
1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Defendant
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-05-203 WBS |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ~~PROPOSED~~ |
| v. | ) | |
| | ) | ORDER CONTINUING SENTENCING |
| DANTE WEBSTER | ) | |
| | ) | |
| Defendant, | ) | |

By agreement between the parties, the above-entitled case should be reset for sentencing from January 22, 2007 to March 12, 2007 at 8:30 AM. This rescheduling is needed so the parties can complete matters that would affect sentencing. So stipulated.

Dated January 19, 2007

  /s/ Jason Hitt                           /s/ J. Toney

Jason Hitt,                                J. Toney

Assistant U.S. Attorney                    Attorney for Defendant

SO ORDERED

DATED: January 19, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1