```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>DANTE LAMONT WEBSTER,<br><br>　　　　　Defendant. | Case No. CR-S-05-0203 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING |

　　　Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of March 12, 2007, at 8:30 a.m. should be continued to June 4, 2007, at 8:30 a.m.

```
Dated:   March 9, 2007         /s/Jason Hitt
                               JASON HITT
                               Assistant U.S. Attorney


Dated:   March 9, 2007         /s/Jason Hitt
                               Authorized by Mr. Toney to sign
                               on 03-08-07
                               J. TONEY, ESQ.
                               Counsel for DANTE WEBSTER
```

1  _____

2                                **ORDER**

3      Based upon the representations of counsel and the stipulation
4  of the parties, IT IS HEREBY ORDERED that the judgement and
5  sentencing date of March 12, 2007, at 8:30 a.m., is CONTINUED to
6  June 4, 2007, at 8:30 a.m.

8      IT IS SO ORDERED.
9  Date: March 12, 2007

            _____
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE