```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S-05-0203 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| ) | |
| DANTE LAMONT WEBSTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of June 25, 2007, at 8:30 a.m. should be continued to July 9, 2007, at 8:30 a.m.

Dated:   June 22, 2007          /s/Jason Hitt
                                        JASON HITT
                                        Assistant U.S. Attorney

Dated:   June 22, 2007          /s/Jason Hitt
                                        Telephonically authorized by
                                        Mr. Toney to sign on 6-22-07
                                        J. TONEY, ESQ.
                                        Counsel for DANTE WEBSTER

**ORDER**

Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of June 22, 2007, at 8:30 a.m., is CONTINUED to July 9, 2007, at 8:30 a.m.

IT IS SO ORDERED.

Date:   June 25, 2007

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE