```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. No. CR-S-05-0203 WBS |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING SENTENCING |
| v. ) | |
| ) | |
| DANTE LAMONT WEBSTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of September 17, 2007, at 8:30 a.m. should be continued to November 13, 2007, at 8:30 a.m.

```
Dated:   September 14, 2007        /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney


Dated:   September 14, 2007        /s/Jason Hitt
                                   Telephonically authorized by
                                   Mr. Toney to sign on 09-13-07
                                   J. TONEY, ESQ.
                                   Counsel for DANTE WEBSTER
```

1 _____

2 **ORDER**

3     Based upon the representations of counsel and the stipulation of
4 the parties, IT IS HEREBY ORDERED that the judgement and sentencing
5 date of September 17, 2007, at 8:30 a.m., is CONTINUED to November
6 13, 2007, at 8:30 a.m.

7

8     IT IS SO ORDERED.
9 Date: September 17, 2007

10

11 _____
    WILLIAM B. SHUBB
12     UNITED STATES DISTRICT JUDGE