1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Defendant
6

7                IN THE UNITED STATES DISTRICT COURT

8               FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    )  Cr. No. S-05-203
10          Plaintiff,              )
                                    )  STIPULATION AND (PROPOSED)
11    v.                            )  ORDER CONTINUING SENTENCING
                                    )  (January 22, 2008, 8:30 AM
12   DANTE WEBSTER                  )  before Judge Shubb)
                                    )
13                                  )
            Defendant,               )
14  _____ )

15      Because the parties are still in negotiation regarding

16  sentencing issues, and because the Assistant U.S. Attorney in

17  charge of this case is now in a protracted murder trial in this

18  court, the parties STIPULATE that the presently set sentencing date

19  be continued to January 22, 2008 at 8:30 AM before this court and

20  respectfully request the Court to so order.

21  Dated November 11, 2008;

22     /s/ JASON HITT                          /s/ J TONEY

23  Assistant U.S. Attorney              Attorney for Defendant

24  SO ORDERED:
    Dated November 13, 2007
25
                    _____
26                  WILLIAM B. SHUBB
27                  UNITED STATES DISTRICT JUDGE

28
                                 1