McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     )<br>          Plaintiff,                 )<br>                                     )<br>     v.                              )<br>                                     )<br>DANTE LAMONT WEBSTER,                )<br>                                     )<br>          Defendant.                 )<br>_____) | CR. No. CR-S-05-0203 WBS<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER CONTINUING SENTENCING |

    Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of January 22, 2008, at 8:30 a.m. should be continued to February 11, 2008, at 8:30 a.m. This request is based upon the need for a revised Presentence Investigation Report based upon the new Guidelines applicable to crack cocaine offenses.


Dated: January 15, 2008          /s/Jason Hitt
                                 JASON HITT
                                 Assistant U.S. Attorney


Dated: January 15, 2008          /s/Jason Hitt
                                 Personally authorized by
                                 Mr. Toney to sign on 01-15-08
                                 J. TONEY, ESQ.
                                 Counsel for DANTE WEBSTER

1  _____

2                                    **ORDER**

3       Based upon the representations of counsel and the stipulation of

4  the parties, IT IS HEREBY ORDERED that the judgement and sentencing

5  date of January 22, 2008, at 8:30 a.m., is CONTINUED to February 11,

6  2008, at 8:30 a.m.

7

8       IT IS SO ORDERED.

9  Date: January 15, 2008

10

11                      _____
                        WILLIAM B. SHUBB
12                      UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28