```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Defendant
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Cr. No. S-05-203 |
| Plaintiff, | ) | |
| | ) | STIPULATION AND (~~PROPOSED~~) |
| v. | ) | ORDER CONTINUING SENTENCING |
| | ) | (March 31, 2008, 8:30 AM |
| DANTE WEBSTER | ) | before Judge Shubb) |
| | ) | |
| | ) | |
| Defendant, | ) | |
| _____ | ) | |

Because the parties are still in negotiation regarding sentencing issues, and because the Assistant U.S. Attorney in charge of this case has been recently in trial, the parties STIPULATE that the presently set sentencing date be continued to March 31, 2008 at 8:30 AM before this court and respectfully request the Court to so order.

Dated February 8, 2008;

   /s/ JASON HITT                                    /s/ J TONEY

Assistant U.S. Attorney                      Attorney for Defendant

///

///

///

///

1

1  SO ORDERED:

2  Dated February 11, 2008

3
4  _____
   WILLIAM B. SHUBB
5  UNITED STATES DISTRICT JUDGE