```
McGREGOR W. SCOTT
United States Attorney
JASON HITT
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2751
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. No. CR-S-05-0203 WBS |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| v. | ) | |
| | ) | |
| DANTE LAMONT WEBSTER, | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff, United States of America, by its counsel, Assistant United States Attorney Jason Hitt, and defendant Dante WEBSTER, by his counsel, J. Toney, Esq., hereby stipulate and agree that the currently-set judgment and sentencing date of March 31, 2008, at 8:30 a.m. should be continued to May 5, 2008, at 10:00 a.m.

Dated:   March 28, 2008            /s/Jason Hitt
                                   JASON HITT
                                   Assistant U.S. Attorney

Dated:   March 28, 2008            /s/Jason Hitt
                                   Telephonically authorized by
                                   Mr. Toney to sign on 03-28-08
                                   J. TONEY, ESQ.
                                   Counsel for DANTE WEBSTER

_____

**ORDER**

Based upon the representations of counsel and the stipulation of the parties, IT IS HEREBY ORDERED that the judgement and sentencing date of March 31, 2008, at 10:00 a.m., is CONTINUED to **May 5, 2008**, **at 10:00 a.m.**

IT IS SO ORDERED.

Date: April 1, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE