1  J. Toney
   Attorney at Law
2  State Bar No. 43143

3  P.O. Box 1515
   Woodland, California 95776
4  (530) 666-1908
   yoloconflict@aol.com
5
   Attorney for Dante Webster
6

7              IN THE UNITED STATES DISTRICT COURT

8             FOR THE EASTERN DISTRICT OF CALIFORNIA

9  UNITED STATES OF AMERICA,        )
                                    ) Cr. No. S-05-203 WBS
10         Plaintiff,                )
                                    ) REQUEST FOR ORDER AND ORDER
11    v.                             ) RETURNING POSTED BAIL
                                    )
12  DANTE WEBSTER                   )
                                    )
13                                   )
           Defendant,                )
14 _____)

15     On April 17, 2006 I posted $ 5,000 cash bail with the Clerk of

16 the Eastern District in this case.  On May 5, 2008, the Court

17 sentenced the Defendant and exonerated bail.  The Clerk's office

18 stated that the bail will only be returned upon a signed order of

19 the Court.  Therefore, it is requested that the Court so order.

20 Dated May 10, 2008

21

22 Respectfully submitted,

23                                           /s/J.TONEY

24                                            J. Toney

25

26

27

28
                                    1

ORDER

The Court having exonerated bail in the case of U.S. v. DANTE WEBSTER, Cr S 05-203, it is ordered that the sum of $5,000 previously posted be returned to J. Toney, P.O. Box 1515, Woodland CA, 95776.

Dated:   May 12, 2008

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2